IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| JOHN SMITH | PLAINTIFF |
| VS. | CAUSE NO. 3:18-cv-00210-MPM-RP |
| O'REILLY AUTOMOTIVE STORES, INC. | DEFENDANT |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff John Smith and Defendant O'Reilly Automotive Stores, Inc., by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby stipulate that all matters between them are resolved and that the above-captioned case is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

THIS, the 22nd day of April, 2019.

                                        Respectfully submitted,

                                        O'REILLY AUTOMOTIVE
                                        STORES, INC.

                                        BY:   /s/ Timothy M. Peeples
                                                OF COUNSEL

TIMOTHY M. PEEPLES - MS BAR NO. 100103
tpeeples@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE:  662-232-8979
FACSIMILE:   662-232-8940

## CERTIFICATE OF SERVICE

    I, Timothy M. Peeples, of counsel do hereby certify that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        Bradley D. McAdory, Esq.
        ADA Group, LLC
        4001 Carmichael Road, Suite 570
        Montgomery, Alabama 36106
        bdm@ada-firm.com

        BY:   /s/ Timothy M. Peeples
                    TIMOTHY M. PEEPLES